AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas



AUG 0 7 2020

Clerk, U.S. District Court
Texas Eastern

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| David Pettigrew | ) | Case No. |
| | ) | 4:20MJ573 |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 20, 2020__ in the county of __Grayson__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(1) | Transportation of Child Pornography |

This criminal complaint is based on these facts:
See the attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Special Agent Amber Tallas, DHS, HSI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 08/07/2020

_Judge's signature_

City and state: Sherman, Texas

Christine A. Nowak, Magistrate Judge
_Printed name and title_